| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173<br>Ref. No. or File No.:<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: Plumbers and Pipefitters Local Union No. 630
Defendant: Arbitron, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CIV4063 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Class Action Complaint

3. a. Party served:                Stephen B. Morris

4. Address where the party was served:    Arbitron, Inc.
                                           142 West 57th Street
                                           New York, NY 10019

5. I served the party:
   b. **by substituted service.** On: Fri., May. 02, 2008 at: 2:42PM by leaving the copies with or in the presence of:
   Jennifer Simmons, Person Authorized to Accept Service, Black, Female, 56 Years Old, 5 Feet 6 Inches, 145 Pounds
   (1) **(Business)** Authorized to Accept. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., May. 06, 2008 from: New York City, NY

7. Person Who Served Papers:
   a. Bobby Ali
   b. **Class Action Research &**
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   05-12-08
   (Date)         (Signature)

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires  02-03-10
                          (Date)

   MICHAEL KEATING
   Notary Public, State of New York
   Reg. No. 01-KE-4851559
   Qualified in New York County
   Commission Expires February 3, 20__

   AFFIDAVIT OF SERVICE                 (Notary Public)
   Summons & Complaint                                     sarud.102911