| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>*Telephone No:* 631-367-7100    *FAX No:* 631-367-1173 | *For Court Use Only* |

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Southern District Of New York

*Plaintiff:* Plumbers and Pipefitters Local Union No. 630
*Defendant:* Arbitron, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CIV4063 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served: Arbitron, Inc.
   b. Person served: Jennifer Simmons, Person Authorized to Accept Service, Black, Female, 56 Years Old, 5 Feet 6 Inches, 145 Pounds

4. Address where the party was served: 142 West 57th Street
   New York, NY  10019

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 02, 2008 (2) at: 2:42PM

7. **Person Who Served Papers:**
   a. Bobby Ali
   b. Class Action Research &
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA  95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

05-12-08
(Date)       (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 02-03-10
                      (Date)

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 2010

AFFIDAVIT OF SERVICE                    (Notary Public))
Summons & Complaint                                      sarud.102910