|  | *For Court Use Only* |
|---|---|
| *Attorney or Party without Attorney:*<br>Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>*Telephone No:* 631-367-7100   *FAX No:* 631-367-1173<br>*Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | |
| *Plaintiff:* Plumbers and Pipefitters Local Union No. 630 | |
| *Defendant:* Arbitron, Inc., et al. | |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CIV4063 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Class Action Complaint

3. a. Party served: Sean R. Creamer

4. Address where the party was served: Arbitron, Inc.
   142 West 57th Street
   New York, NY 10019

5. I served the party:
   b. **by substituted service.** On: Fri., May. 02, 2008 at: 2:42PM by leaving the copies with or in the presence of:
   Jennifer Simmons, Person Authorized to Accept Service, Black, Female, 56 Years Old, 5 Feet 6 Inches, 145 Pounds

   (1) **(Business)** Authorized to Accept. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., May. 06, 2008 from: New York City, NY

7. Person Who Served Papers:
   a. Bobby Ali
   b. Class Action Research &
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

05-12-08
(Date)                                     (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires 02-03-10
                          (Date)

   AFFIDAVIT OF SERVICE
   Summons & Complaint

   MICHAEL KEATING
   Notary Public, State of New York
   Reg. No. 01-KE-4851559
   Qualified in New York County
   Commission Expires February 3, 2010

   (Notary Public)

   sarud, 102912