UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ————————————————— x | |
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:08-cv-04063-JGK |
| | CLASS ACTION |
| Plaintiff, | NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |
| vs. | |
| ARBITRON, INC., et al., | |
| Defendants. | |
| ————————————————— x | |

PLEASE TAKE NOTICE that Institutional Investor Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund ("Plumbers and Pipefitters Trust Fund") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) appointing Plumbers and Pipefitters Trust Fund as Lead Plaintiff; (ii) approving Plumbers and Pipefitters Trust Fund's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Plumbers and Pipefitters Trust Fund submits herewith a Memorandum of Law and Declaration of Mario Alba Jr., dated June 30, 2008.

DATED:  June 30, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.

_____
/s/ *Mario Alba Jr.*
MARIO ALBA JR.

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2008, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.


*s/ Mario Alba Jr.*
MARIO ALBA JR.

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail: MAlba@csgrr.com

# Mailing Information for a Case 1:08-cv-04063-JGK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@csgrr.com,e_file_ny@csgrr.com,drosenfeld@csgrr.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

ARBITRON

Service List - 6/30/2008     (08-0092)

Page 1 of  1

**Counsel For Defendant(s)**

James D. Wareham

Paul, Hastings, Janofsky & Walker LLP

875 15th Street, N.W.

Washington, DC  20005

   202/551-1700

   202/551-1705 (Fax)


**Counsel For Plaintiff(s)**

Samuel H. Rudman

David A. Rosenfeld

Mario  Alba, Jr.

Coughlin Stoia Geller Rudman & Robbins LLP

58 South Service Road, Suite 200

Melville, NY  11747

   631/367-7100

   631/367-1173 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |  |
|---|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:08-cv-04063-JGK |
|  | : | CLASS ACTION |
| Plaintiff, | : : : | [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL |
| vs. | : : |  |
| ARBITRON, INC., et al., | : : |  |
| Defendants. | : : |  |

---

Having considered the Motion of Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund ("Plumbers and Pipefitters Trust Fund") for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1.     Plumbers and Pipefitters Trust Fund is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

2.     The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____     _____
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE