BARRY G. SHER (BS-4252)
WILLIAM A. NOVOMISLE (WN-5756)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendants*
ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER,<br><br>　　　　　　　　　Defendants. | 08-CV-4063 (JGK)<br><br>**NOTICE OF APPEARANCE,**<br>**BARRY G. SHER, ESQ.** |

TO THE CLERK OF THE COURT:

　　PLEASE ENTER my appearance as counsel of record for Defendants Arbitron, Inc., Stephen B. Morris, and Sean R. Creamer in the above-captioned matter.

-2-

| | |
|---|---|
| Dated: July 1, 2008 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

        /s/ Barry G. Sher
By:    Barry G. Sher (BS-4252)

75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000
Facsimile: (21) 319-4090

*Attorneys for Defendants*
ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER

BARRY G. SHER (BS-4252)
WILLIAM A. NOVOMISLE (WN-5756)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendants*
ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　- against -<br><br>ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER,<br><br>　　　　　　　　Defendants. | 08-CV-4063 (JGK)<br><br>**AFFIDAVIT OF SERVICE** |

The undersigned member of the Bar of this Court hereby certifies that on this 1st day of July 2008, a true and correct copy of the foregoing NOTICE OF APPEARANCE, BARRY G. SHER, ESQ. was filed electronically. Notice of this filing will be sent by e-mail to counsel for all parties by operation of the Court's electronic filing system.

Dated: New York, New York
　　　　July 1, 2008

　　　　　　　　　　　　　　　　　　　　　　　/s/ William A. Novomisle
　　　　　　　　　　　　　　　　　　　　　　　William A. Novomisle