BARRY G. SHER (BS-4252)
WILLIAM A. NOVOMISLE (WN-5756)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendants*
ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>- against -<br><br>ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER,<br><br>      Defendants. | 08-CV-4063 (JGK)<br><br>**NOTICE OF APPEARANCE,<br>WILLIAM A. NOVOMISLE, ESQ.** |

TO THE CLERK OF THE COURT:

  PLEASE ENTER my appearance as counsel of record for Defendants Arbitron, Inc., Stephen B. Morris, and Sean R. Creamer in the above-captioned matter.

-2-

Dated: July 1, 2008                    PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                       _____/s/ William A. Novomisle_____
                                       By:    William A. Novomisle (WN-5756)

                                       75 East 55th Street
                                       New York, NY 10022-3205
                                       Telephone: (212) 318-6000
                                       Facsimile: (21) 319-4090

                                       *Attorneys for Defendants*
                                       ARBITRON, INC., STEPHEN B. MORRIS, and SEAN
                                       R. CREAMER

BARRY G. SHER (BS-4252)
WILLIAM A. NOVOMISLE (WN-5756)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendants*
ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER,<br><br>　　　　　　　　　Defendants. | 08-CV-4063 (JGK)<br><br>**AFFIDAVIT OF SERVICE** |

　　　　The undersigned member of the Bar of this Court hereby certifies that on this 1st day of July 2008, a true and correct copy of the foregoing NOTICE OF APPEARANCE, WILLIAM A. NOVOMISLE, ESQ. was filed electronically. Notice of this filing will be sent by e-mail to counsel for all parties by operation of the Court's electronic filing system.

Dated: New York, New York
　　　　July 1, 2008

　　　　　　　　　　　　　　　　　　　/s/ William A. Novomisle
　　　　　　　　　　　　　　　　　　　William A. Novomisle