UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>- against -<br><br>ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER,<br><br>Defendants. | 08-CV-4063 (JGK)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendants Arbitron, Inc., Stephen B. Morris and Sean R. Creamer certifies that the following groups have holdings greater than 10% of the common stock of Arbitron, Inc.: (i) Neuberger Berman Inc., Neuberger Berman, LLC, Neuberger Management Inc. and Neuberger Equity Funds, collectively, 15.16 %; (ii) Abrams Capital Partners II, L.P., Abrams Capital, LLC, Pamet Capital Management, LLC, Pamet Capital Management, L.P. and David Abrams, collectively 12.81 %; (iii) Lord, Abbett & Co. LLC, 10.26 %. The above information is based upon information provided in Arbitron, Inc.'s March 2008 proxy statement and any subsequently submitted Form 4 filings filed by the above entities or groups.

PAUL, HASTINGS, JANOFSKY & WALKER LLP

/s/ William Novomisle
By: William Novomisle
Barry G. Sher
William A. Novomisle
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000
Facsimile: (21) 319-4090

*Attorneys for Defendants*
ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER