```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PLUMBERS AND PIPEFITTERS LOCAL UNION
NO. 630 PENSION-ANNUITY TRUST FUND,
Individually and On Behalf of All Others Similarly
Situated,

                 Plaintiff,

      - against -

ARBITRON, INC., STEPHEN B. MORRIS, and
SEAN R. CREAMER,

                 Defendants.

---

08-CV-4063 (JGK)

**STIPULATION AND [PROPOSED]
ORDER CONCERNING
DEFENDANTS' INITIAL
RESPONSIVE FILINGS**

TO THE CLERK OF THE COURT:

      WHEREAS the above captioned matter is a federal securities class action subject

to the provisions of the Private Securities Litigation Reform Act of 1995 as codified in the

Securities Act of 1933 (15 U.S.C. § 77 *et seq.*) and the Securities Exchange Act of 1934 (15

U.S.C. § 78 *et seq.*).  Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4,

provides that this Court shall appoint a lead plaintiff upon the motion of any purported class

member.  On June 30, 2008, Plaintiff Plumbers and Pipefitters Local Union No. 630 Pension-

Annuity Trust Fund, moved this Court to be appointed lead plaintiff in this matter.  As of the

filing of this stipulation, no lead plaintiff has been appointed.

      THEREFORE, subject to this Court's approval,:

1.  The undersigned parties, by counsel, STIPULATE AND AGREE that Plaintiff Plumbers

    and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund shall have until 45 days

    after entry of the Court's Order appointing a lead plaintiff in which to file an amended

    complaint.

2. The parties further STIPULATE AND AGREE that Defendants, Arbitron, Inc., Stephen B. Morris, and Sean R. Creamer, shall not be required to file any responsive papers until 45 days after the filing of an amended complaint pursuant to paragraph 1, or 45 days after the deadline set forth in paragraph 1 has passed.

3. The parties further STIPULATE AND AGREE that Plaintiffs shall have 45 days to respond to any motions filed by the Defendants with respect to the pleadings.

4. The parties further STIPULATE AND AGREE that Defendants shall have 30 days to file a reply brief in support of any motion filed by Defendants with respect to the pleadings.

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: William Novomisle
Barry G. Sher (BS-4252)
William A. Novomisle (WN-5756)
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000
Facsimile: (21) 319-4090

*Attorneys for Defendants*
ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: _____
Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

*Attorneys for Plaintiff*
PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630
PENSION-ANNUITY TRUST FUND

Submitted July 8, 2008

SO ORDERED:

_____
Hon. John G. Koeltl
United States District Judge

July 10, 2008
LEGAL USE 79992708.2