William A. Novomisle
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

Barry G. Sher
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice application pending)
James E. Anklam (*Pro hac vice application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

Attorneys for Defendants Arbitron, Inc., Stephen B. Morris, and
Sean R. Creamer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>     against<br><br>ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER,<br><br>                      Defendants. | CASE NO: 08-CV-4063 (JGK)<br><br>**MOTION TO ADMIT COUNSEL**<br>***PRO HAC VICE*** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

     **PLEASE TAKE NOTICE** that pursuant to Rule 1.3(c) of the Local Rules of the United

States District Courts for the Southern and Eastern Districts of New York and upon the annexed

Declaration of William A. Novomisle, a member in good standing of the bar of this Court, the accompanying Declarations of James D. Wareham and James E. Anklam, and the exhibits annexed hereto, the undersigned hereby moves this Court for an Order allowing the admission *pro hac vice*, to argue or try this case in whole or in part as counsel, of

> James D. Wareham
> PAUL, HASTINGS, JANOFSKY & WALKER LLP
> 875 15th Street, N.W.
> Washington, D.C. 20005
> (202) 551-1700
>
> James E. Anklam
> PAUL, HASTINGS, JANOFSKY & WALKER LLP
> 875 15th Street, N.W.
> Washington, D.C. 20005
> (202) 551-1700

James D. Wareham is a member in good standing of the Bar of the District of Columbia and the Bar of the State of Illinois.  James E. Anklam is a member in good standing of the Bar of the District of Columbia and the Bar of the State of Virginia.  There are no pending disciplinary proceedings against James D. Wareham or James E. Anklam in any State or Federal court.

Dated: New York, New York                    PAUL, HASTINGS, JANOFSKY &
      July 8, 2008                                    WALKER LLP


By: _____
    William A. Novomisle
    SDNY Code: WN-5756
    75 East 55th Street
    New York, New York 10022
    (212) 318-6000

    *Attorney for Defendants Arbitron, Inc.,*
    *Stephen B. Morris, and Sean R. Creamer*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has caused to be served by hand a true and correct copy of the foregoing Motion to Admit Counsel *Pro Hac Vice,* the Declarations of William A. Novomisle, James D. Wareham, and James E. Anklam and the exhibits annexed hereto this 8th day of July, 2008, on the following:

David Avi Rosenfeld
Mario Alba, Jr.
Samuel Howard Rudman
Coughlin, Stoia, Geller, Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

*Attorneys for Plumbers and Pipefitters Local Union
No. 630 Pension-Annuity Trust Fund*

William A. Novomisle

William A. Novomisle
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

Barry G. Sher
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice application pending)
James E. Anklam (*Pro hac vice application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

Attorneys for Defendants Arbitron, Inc., Stephen B. Morris, and
Sean R. Creamer

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> against <br><br> ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER <br><br> Defendants. | CASE NO: 08-CV-4063 (JGK) <br><br> **DECLARATION OF WILLIAM A. NOVOMISLE** |

Pursuant to 28 U.S.C. § 1746 and Local Rule 1.10, William a. Novomisle hereby declares as follows:

1. I am an attorney with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for Arbitron, Inc., defendants in these proceedings.  I submit this declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, for an Order granting James D. Wareham and James E. Anklam admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to argue and try the above-captioned case.

2. I am a member in good standing of the bar of this Court.

3. I have reviewed the declaration of James D. Wareham in support of the motion for admission *pro hac vice* submitted herewith, and I believe that this declaration is true and correct.  James D. Wareham is fully familiar with the facts of this case.

4. I have reviewed the declaration of James E. Anklam in support of the motion for admission *pro hac vice* submitted herewith, and I believe that this declaration is true and correct.  James E. Anklam is fully familiar with the facts of this case.

5. Upon the foregoing fact, I respectfully request that the Court grant the motion for the admission *pro hac vice* of James D. Wareham and James E. Anklam to the bar of the United States District Court for the Southern District of New York.

Dated:  New York, New York
     July 8, 2008

By: _____
    William A. Novomisle
    SDNY Bar Code: WN-5756
    PAUL, HASTINGS, JANOFSKY &
    WALKER LLP
    75 East 55th Street
    New York, New York 10022
    (212) 318-6000

William A. Novomisle
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

Barry G. Sher
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice application pending)
James E. Anklam (*Pro hac vice application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

Attorneys for Defendants Arbitron, Inc., Stephen B. Morris, and
Sean R. Creamer

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   against<br><br>ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER<br><br>        Defendants. | CASE NO: 08-CV-4063 (JGK)<br><br>**DECLARATION OF JAMES D. WAREHAM** |

Pursuant to 28 U.S.C. § 1746, James D. Wareham hereby declares as follows

1. I am a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing from the District of Columbia Court of Appeals annexed hereto I am a member in good standing of the Bar of the District of Columbia.

4. As shown in the Certificate of Good Standing from the Supreme Court of Illinois annexed hereto I am a member in good standing of the Bar of the State of Illinois.

5. There are no pending disciplinary proceedings against me in any State or Federal court.

6. Wherefore your declarant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this case.

I certify that the foregoing is true and correct.  Signed under penalty of perjury this 7th day of July, 2008.


Dated: July 7th, 2008

James D. Wareham
Paul, Hastings, Janofsky & Walker LLP
875 15th Street
Washington, DC 20005
202.551-1700 (voice), 202.551-1705 (fax)



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JAMES D. WAREHAM

was on the    25ᵀᴴ    day of    SEPTEMBER, 1987

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 7, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
    Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

James D. Wareham

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1986 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, July 03, 2008.

*Juleann Hornyak*

Clerk

William A. Novomisle
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

Barry G. Sher
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice application pending)
James E. Anklam (*Pro hac vice application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

Attorneys for Defendants Arbitron, Inc., Stephen B. Morris, and
Sean R. Creamer

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> against <br><br> ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER <br><br> Defendants. | CASE NO: 08-CV-4063 (JGK) <br><br><br> **DECLARATION OF JAMES E. ANKLAM** |

Pursuant to 28 U.S.C. § 1746, James E. Anklam hereby declares as follows

1. I am an attorney with the law firm of Paul, Hastings, Janofsky & Walker LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing from the District of Columbia Court of Appeals annexed hereto I am a member in good standing of the Bar of the District of Columbia.

4. As shown in the Certificate of Good Standing from the Virginia State Bar annexed hereto I am a member in good standing of the Bar of the State of Virginia.

5. There are no pending disciplinary proceedings against me in any State or Federal court.

6. Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case.

I certify that the foregoing is true and correct.  Signed under penalty of perjury this ____ day of July, 2008.


Dated: July ____, 2008

_____
James E. Anklam
Paul, Hastings, Janofsky & Walker LLP
875 15th Street
Washington, DC 20005
202.551-1700 (voice), 202.551-1705 (fax)



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JAMES E. ANKLAM

was on the    22ND    day of    JUNE, 1988

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on July 7,
2008.

GARLAND PINKSTON, JR., CLERK

By: _N. Charles_

Deputy Clerk



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

This is to certify that **JAMES EDWARD ANKLAM** is an active member of the Virginia State Bar in good

standing. **MR. ANKLAM** was licensed to practice law in Virginia on **October 9, 1987**, after successfully passing the

bar examination given by the Virginia Board of Bar Examiners.

Issued July 2, 2008

Karen A. Gould
Executive Director and
Chief Operating Officer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>          against<br><br>ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER<br><br>                            Defendants. | CASE NO: 08-CV-4063 (JGK)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL**<br>***PRO HAC VICE*** |

Upon due consideration and the Court being fully advised of the application of **James D. Wareham** and **James E. Anklam** to appear and participate *pro hac vice* as counsel for Defendant Arbitron, Inc. in the above-referenced action, it is:

ORDERED that said Motion be and the same is hereby GRANTED.

This _____ day of July, 2008.

_____
Hon. John G. Koeltl
United States District Judge

William A. Novomisle
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

Barry G. Sher
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice* application pending)
James E. Anklam (*Pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

Attorneys for Defendants Arbitron, Inc., Stephen B. Morris, and
Sean R. Creamer

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>against<br><br>ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER<br><br>Defendants. | CASE NO: 08-CV-4063 (JGK)<br><br>**MOTION TO ADMIT COUNSEL**<br>***PRO HAC VICE*** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Rule 1.3(c) of the Local Rules of the United

States District Courts for the Southern and Eastern Districts of New York and upon the annexed

Declaration of William A. Novomisle, a member in good standing of the bar of this Court, the accompanying Declarations of James D. Wareham and James E. Anklam, and the exhibits annexed hereto, the undersigned hereby moves this Court for an Order allowing the admission *pro hac vice*, to argue or try this case in whole or in part as counsel, of

> James D. Wareham
> PAUL, HASTINGS, JANOFSKY & WALKER LLP
> 875 15th Street, N.W.
> Washington, D.C. 20005
> (202) 551-1700

> James E. Anklam
> PAUL, HASTINGS, JANOFSKY & WALKER LLP
> 875 15th Street, N.W.
> Washington, D.C. 20005
> (202) 551-1700

James D. Wareham is a member in good standing of the Bar of the District of Columbia and the Bar of the State of Illinois. James E. Anklam is a member in good standing of the Bar of the District of Columbia and the Bar of the State of Virginia. There are no pending disciplinary proceedings against James D. Wareham or James E. Anklam in any State or Federal court.

Dated: New York, New York
　　　July 8, 2008

PAUL, HASTINGS, JANOFSKY &
WALKER LLP

By: _____
　　　William A. Novomisle
　　　SDNY Code: WN-5756
　　　75 East 55th Street
　　　New York, New York 10022
　　　(212) 318-6000

　　　*Attorney for Defendants Arbitron, Inc.,*
　　　*Stephen B. Morris, and Sean R. Creamer*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has caused to be served by hand a true and correct copy of the foregoing Motion to Admit Counsel *Pro Hac Vice*, the Declarations of William A. Novomisle, James D. Wareham, and James E. Anklam and the exhibits annexed hereto this 8th day of July, 2008, on the following:


David Avi Rosenfeld
Mario Alba, Jr.
Samuel Howard Rudman
Coughlin, Stoia, Geller, Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

*Attorneys for Plumbers and Pipefitters Local Union
No. 630 Pension-Annuity Trust Fund*


William A. Novomisle

William A. Novomisle
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

Barry G. Sher
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice application pending)
James E. Anklam (*Pro hac vice application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

Attorneys for Defendants Arbitron, Inc., Stephen B. Morris, and
Sean R. Creamer

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> against <br><br> ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER <br><br> Defendants. | CASE NO: 08-CV-4063 (JGK) <br><br> **DECLARATION OF** <br> **WILLIAM A. NOVOMISLE** |

Pursuant to 28 U.S.C. § 1746 and Local Rule 1.10, William a. Novomisle hereby declares as follows:

1.  I am an attorney with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for Arbitron, Inc., defendants in these proceedings.   I submit this declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, for an Order granting James D. Wareham and James E. Anklam admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to argue and try the above-captioned case.

2.  I am a member in good standing of the bar of this Court.

3.  I have reviewed the declaration of James D. Wareham in support of the motion for admission *pro hac vice* submitted herewith, and I believe that this declaration is true and correct.  James D. Wareham is fully familiar with the facts of this case.

4.  I have reviewed the declaration of James E. Anklam in support of the motion for admission *pro hac vice* submitted herewith, and I believe that this declaration is true and correct.  James E. Anklam is fully familiar with the facts of this case.

5.  Upon the foregoing fact, I respectfully request that the Court grant the motion for the admission *pro hac vice* of James D. Wareham and James E. Anklam to the bar of the United States District Court for the Southern District of New York.

Dated:  New York, New York
        July 8, 2008

By: _____
    William A. Novomisle
    SDNY Bar Code: WN-5756
    PAUL, HASTINGS, JANOFSKY &
    WALKER LLP
    75 East 55th Street
    New York, New York 10022
    (212) 318-6000

William A. Novomisle
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

Barry G. Sher
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice application pending)
James E. Anklam (*Pro hac vice application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

Attorneys for Defendants Arbitron, Inc., Stephen B. Morris, and
Sean R. Creamer

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> against <br><br> ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER <br><br> Defendants. | CASE NO: 08-CV-4063 (JGK) <br><br> **DECLARATION OF JAMES D. WAREHAM** |

Pursuant to 28 U.S.C. § 1746, James D. Wareham hereby declares as follows

1. I am a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing from the District of Columbia Court of Appeals annexed hereto I am a member in good standing of the Bar of the District of Columbia.

4. As shown in the Certificate of Good Standing from the Supreme Court of Illinois annexed hereto I am a member in good standing of the Bar of the State of Illinois.

5. There are no pending disciplinary proceedings against me in any State or Federal court.

6. Wherefore your declarant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this case.

I certify that the foregoing is true and correct.  Signed under penalty of perjury this 7th day of July, 2008.

Dated: July 7th, 2008

James D. Wareham
Paul, Hastings, Janofsky & Walker LLP
875 15th Street
Washington, DC 20005
202.551-1700 (voice), 202.551-1705 (fax)



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710


I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JAMES D. WAREHAM

was on the   25TH   day of   SEPTEMBER, 1987

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.


In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 7, 2008.

GARLAND PINKSTON, JR., CLERK


By: *M. Charles*
Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

James D. Wareham

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1986 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, July 03, 2008.

*Juleann Hornyak*

Clerk

William A. Novomisle
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

Barry G. Sher
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice application pending)
James E. Anklam (*Pro hac vice application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

Attorneys for Defendants Arbitron, Inc., Stephen B. Morris, and
Sean R. Creamer

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  against<br><br>ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER<br><br>       Defendants. | CASE NO: 08-CV-4063 (JGK)<br><br><br>**DECLARATION OF<br>JAMES E. ANKLAM** |

Pursuant to 28 U.S.C. § 1746, James E. Anklam hereby declares as follows

1. I am an attorney with the law firm of Paul, Hastings, Janofsky & Walker LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing from the District of Columbia Court of Appeals annexed hereto I am a member in good standing of the Bar of the District of Columbia.

4. As shown in the Certificate of Good Standing from the Virginia State Bar annexed hereto I am a member in good standing of the Bar of the State of Virginia.

5. There are no pending disciplinary proceedings against me in any State or Federal court.

6. Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case.

I certify that the foregoing is true and correct.  Signed under penalty of perjury this ____ day of July, 2008.

Dated: July ____, 2008

_____
James E. Anklam
Paul, Hastings, Janofsky & Walker LLP
875 15th Street
Washington, DC 20005
202.551-1700 (voice), 202.551-1705 (fax)



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JAMES E. ANKLAM

was on the   22ND   day of   JUNE, 1988

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on July 7,
2008.

GARLAND PINKSTON, JR., CLERK

By: M. Charles

Deputy Clerk



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

This is to certify that **JAMES EDWARD ANKLAM** is an active member of the Virginia State Bar in good

standing. **MR. ANKLAM** was licensed to practice law in Virginia on **October 9, 1987**, after successfully passing the

bar examination given by the Virginia Board of Bar Examiners.

Issued July 2, 2008

Karen A. Gould
Executive Director and
Chief Operating Officer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>against<br><br>ARBITRON, INC., STEPHEN B. MORRIS, and SEAN R. CREAMER<br><br>Defendants. | CASE NO: 08-CV-4063 (JGK)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

Upon due consideration and the Court being fully advised of the application of **James D. Wareham** and **James E. Anklam** to appear and participate *pro hac vice* as counsel for Defendant Arbitron, Inc. in the above-referenced action, it is:

ORDERED that said Motion be and the same is hereby GRANTED.

This _____ day of July, 2008.

_____
Hon. John G. Koeltl
United States District Judge