USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PLUMBERS AND PIPEFITTERS LOCAL
UNION NO. 630 PENSION-ANNUITY TRUST
FUND, Individually and On Behalf of All Others
Similarly Situated,

                        Plaintiff,

against

ARBITRON, INC., STEPHEN B. MORRIS, and
SEAN R. CREAMER

                        Defendants.

CASE NO: 08-CV-4063 (JGK)

[~~PROPOSED~~] ORDER
GRANTING MOTION TO
ADMIT COUNSEL
*PRO HAC VICE*

---

Upon due consideration and the Court being fully advised of the application of **James D. Wareham** and **James E. Anklam** to appear and participate *pro hac vice* as counsel for Defendant Arbitron, Inc. in the above-referenced action, it is:

    ORDERED that said Motion be and the same is hereby GRANTED.

This 15 day of July, 2008.

_____
Hon. John G. Koeltl
United States District Judge