USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x
PLUMBERS AND PIPEFITTERS LOCAL     :    Civil Action No. 1:08-cv-04063-JGK
UNION NO. 630 PENSION-ANNUITY       :
TRUST FUND, Individually and On Behalf of  :   CLASS ACTION
All Others Similarly Situated,                    :
                                                               :    STIPULATION AND [PROPOSED] ORDER
                            Plaintiff,               :    APPOINTING LEAD PLAINTIFF AND
                                                               :    APPROVAL OF SELECTION OF LEAD
      vs.                                                    :    COUNSEL
                                                               :
ARBITRON, INC., et al.,                       :
                                                               :
                            Defendants.         :
—————————————————————— x

WHEREAS, on June 30, 2008, within 60 days of the publication of notice on April 30, 2008, in accordance with Section 21D(a)(3)(A)(i) of the Securities Exchange Act of 1934 (*see* 15 U.S.C. § 78u-4(a)(3)(A)(i)), institutional investor Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund ("Plumbers and Pipefitters Trust Fund"), timely filed a Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel (the "Motion") pursuant to Securities Exchange Act § 21D(b);

WHEREAS no other member of the putative class has submitted a motion seeking appointment as Lead Plaintiff or opposed Plumber and Pipefitters Trust Fund's Motion;

WHEREAS, as far as counsel for plaintiff and defendants are aware, no other class actions alleging similar claims against any of the defendants has been filed by any purported class member besides Plumbers and Pipefitters Trust Fund;

WHEREAS, because no other purported class members have filed suit against any of the defendants, nor have any purported class members opposed the Motion, the statutory presumptions found in Section 21D(a)(3)(B)(iii)(I)(aa)-(cc) should apply to Plumbers and Pipefitters Trust Fund (15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(aa)-(cc));

WHEREAS, as defendants in cases of this type do not usually take a position with respect to the appointment of the Lead Plaintiff and Lead Counsel, defendants respectfully take no position on the issues raised by the Motion except to note that defendants preserve all rights to challenge the filing of this action and all rights to raise challenges pursuant to Rule 23 of the Federal Rules of Civil Procedure;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel, subject to the approval of the Court, that:

1. Plumbers and Pipefitters Trust Fund shall be, and hereby is, appointed Lead Plaintiff

2. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP shall be, and hereby is, appointed Lead Counsel.

DATED: July 14, 2008

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.

_____
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiff

DATED: July 14, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP
BILL NOVOMISLE

_____
BILL NOVOMISLE

Park Avenue Tower
75 E. 55th Street
First Floor
New York, NY 10022
Telephone: 212/318-6868
212/ 230-5112 (fax)

Counsel for Defendants

So ordered.
John G. Koeltl
U.S.D.J.
7/19/08

- 2 -