USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-03-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

PLUMBERS AND PIPEFITTERS LOCAL    :    Civil Action No. 1:08-cv-04063-JGK
UNION NO. 630 PENSION-ANNUITY    :
TRUST FUND, Individually and On Behalf of :    CLASS ACTION
All Others Similarly Situated,    :
    :    STIPULATION AND [PROPOSED] ORDER
              Plaintiff,    :
    :
    vs.    :
    :
ARBITRON, INC., et al.,    :
    :
              Defendants.    :
    :
-------------------------------------------------------------- x



WHEREAS, on July 11, 2008, the Court entered an Order providing, among other things, that: (i) Lead Plaintiff shall serve an Amended Complaint within forty-five (45) days after entry of the Court's Order appointing Lead Plaintiff; (ii) defendants shall respond to the Amended Complaint within forty-five (45) days of the filing of the Amended Complaint; (iii) Lead Plaintiff shall have forty-five (45) days to oppose any motion filed by defendants; and (iv) defendants shall have thirty (30) days to file a reply brief in support of any motion that they may file;

WHEREAS, on July 23, 2008, the Court entered an Order appointing Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund as Lead Plaintiff for the Class and approving Lead Plaintiff's choice of Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel;

WHEREAS, Lead Plaintiff seeks a two-week extension of time to file and serve the Amended Complaint;

WHEREAS, defendants do not oppose Lead Plaintiff's request; and

WHEREAS, there have been no prior requests to extend the time for the filing of the Amended Complaint set forth in this Court's July 11, 2008 Order;

IT IS HEREBY STIPULATED by the parties, through their counsel of record, and subject to the approval of the Court, that:

1.      Lead Plaintiff shall file and serve the Amended Complaint by no later than September 22, 2008;

2.      Defendants shall respond to the Amended Complaint by no later than November 6, 2008;

3.      Lead Plaintiff shall respond to any motion filed by defendants by no later than December 22, 2008; and

- 1 -

4.    Defendants shall file any reply papers by no later than January 22, 2009.

DATED:  August 27, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.

_____
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

*Attorneys for Lead Plaintiff*

PAUL, HASTINGS, JANOFSKY &
  WALKER LLP
BARRY G. SHER
WILLIAM A. NOVOMISLE

_____
WILLIAM A. NOVOMISLE

75 East 55th Street
New York, NY 10022-3205
Telephone:  212/318-6000
212/319-4090 (fax)

*Attorneys for Defendants*

IT IS SO ORDERED.
DATED:  ____9/3/08____

_____
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

- 2 -