UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────── x
PLUMBERS AND PIPEFITTERS LOCAL   : Civil Action No. 1:08-cv-04063-JGK
UNION NO. 630 PENSION-ANNUITY    :
TRUST FUND, Individually and On Behalf of : CLASS ACTION
All Others Similarly Situated,   :
                                 : ORDER AMENDING, IN PART, THE
              Plaintiff,         : NOVEMBER 8, 2010 CASE
                                 : MANAGEMENT ORDER
    vs.                          :
                                 :
ARBITRON, INC., et al.,          :
                                 :
              Defendants.        :
───────────────────────────── x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/28/2011
```

WHEREAS, on November 8, 2010 [ECF 88], the Court entered a Case Management Order setting March 1, 2011 as the date that Defendants would substantially complete their production of documents responsive to Plaintiff's initial document requests;

WHEREAS, on or about July 22, 2011, the parties requested additional time for Defendants to substantially complete their production of documents responsive to Plaintiff's initial requests; and

WHEREAS, the parties have agreed to adjust certain of the deadlines set forth in the Case Management Order;

IT IS HEREBY ORDERED that certain deadlines of the November 8, 2010 Case Management Order are adjusted as follows:

1. By September 23, 2011, all Parties shall substantially complete: (a) the production of documents; and (b) any privilege logs.

2. Depositions (other than expert depositions) shall commence on August 1, 2011 and shall be completed on or before February 28, 2012.

3. Fact discovery shall be completed by February 28, 2012.

4. Plaintiff shall provide its initial disclosure of experts, including expert reports, pursuant to Fed. R. Civ. P. 26(a)(2), by February 23, 2012. Defendants may commence discovery regarding any Plaintiff expert report thereafter.

5. Defendants shall provide their initial disclosure of experts, including expert reports, pursuant to Fed. R. Civ. P. 26(a)(2), by March 23, 2012. Plaintiff may commence discovery regarding any Defendants expert report thereafter.

6. Rebuttal expert reports consistent with the scope of Fed. R. Civ. P. 26(a)(2)(B), if any, shall be provided by April 23, 2012. Defendants may commence discovery regarding any Plaintiff rebuttal expert report thereafter.

7. All expert discovery shall end by May 3, 2012.

8. Motions for summary judgment, if any, shall be filed by May 23, 2012. Responses in opposition to a summary judgment motion shall be filed no later than 45 calendar days thereafter. Any reply in support of a summary judgment motion shall be filed within 30 calendar days following the opposition.

9. Any *Daubert* motions shall be filed after February 6, 2012 and no later than May 23, 2012. Oppositions to any *Daubert* motions shall be filed no later than 30 calendar days thereafter. Any reply in support of a *Daubert* motion shall be filed within 20 calendar days following the opposition.

10. The parties shall file a joint pretrial order, consistent with this Court's Individual Practice 4.A., by the later of: (a) July 9, 2012; or (b) 30 days following the Court's ruling on any summary judgment motions, whichever is later.

11. The portions of the November 8, 2010 Case Management Order not modified by this Order remain in effect.

\* \* \*

**ORDER**

IT IS SO ORDERED.

DATED: 7/23/11

THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE