UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARBITRON INC., et al.,<br><br>Defendants. | Civil Action No. 1:08-cv-04063-PAE<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION AND LEAD PLAINTIFF'S MOTION FOR RE-DISTRIBUTION OF NET SETTLEMENT FUND AND PAYMENT TO GILARDI & CO. LLC |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff, by and through its undersigned attorneys, hereby moves this Court, before the Honorable Paul A. Engelmayer, United States District Judge, at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (i) directing payment of $6,800 out of the Settlement Fund to Gilardi & Co. LLC ("Gilardi"), the Court-appointed claims administrator, for the settlement of the above-captioned action, for the fees and expenses to be incurred in connection with the proposed re-distribution of the Net Settlement Fund; (ii) directing re-distribution of the Net Settlement Fund, after deduction of the payment requested herein, to Authorized Claimants who cashed or deposited their initial checks in the distribution of the Net Settlement Fund and who would receive no less than $10.00; (iii) approving the plan for re-distribution and/or donation of any funds remaining in the Net Settlement Fund following the re-distribution to Class Members; (iv) authorizing destruction of paper copies of Proofs of Claim one year after re-distribution of the Net Settlement Fund, and authorizing destruction of electronic copies of Proofs of Claim records three years after re-distribution of the Net Settlement Fund; and (v) for such other and further relief as this Court deems appropriate. Lead Plaintiff's motion is based upon the accompanying Declaration of Lara McDermott of Gilardi, the Declaration of Ellen Gusikoff Stewart on behalf of Lead Counsel, and upon all other pleadings and matters herein.

DATED: January 22, 2015

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
FAINNA KAGAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
fkagan@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
ELLEN GUSIKOFF STEWART

s/ Ellen Gusikoff Stewart

ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 22, 2015.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

# Mailing Information for a Case 1:08-cv-04063-PAE

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@rgrdlaw.com
- **James E. Anklam**
  james.anklam@dlapiper.com
- **Michael A. Asaro**
  masaro@akingump.com,nymco@akingump.com
- **Michael Gerard Capeci**
  mcapeci@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Robert Francis Carangelo**
  robert.carangelo@weil.com,MCO.ECF@weil.com
- **Marisa N. DeMato**
  mdemato@rgrdlaw.com
- **Fainna Kagan**
  fkagan@csgrr.com
- **Jonathan D Polkes**
  jonathan.polkes@weil.com,mindy.wu@weil.com,evert.christensen@weil.com,MCO.ECF@weil.com
- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Jeffrey David Rotenberg**
  jeffrey.rotenberg@dlapiper.com,DocketingNewYork@dlapiper.com,Chandana.Ravi@dlapiper.com
- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Ellen Anne Gusikoff Stewart**
  elleng@rgrdlaw.com
- **James D. Wareham**
  james.wareham@dlapiper.com
- **Richard Benjamin Zabel**
  Richard.Zabel@usdoj.gov

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)